**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHRISTOPHER AND EVA CAPUTO,     :  No. 144 MAL 2022
                       :
        Respondents      :
                       :  Petition for Allowance of Appeal
                       :  from the Order of the Superior Court
        v.              :
                       :
                       :
NORTH POINTE COMMUNITY      :
ASSOCIATION,               :
                       :
        Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.